NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MATTHEW JAMES,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )      Case No. 2D15-3574
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____)

Opinion filed July 20, 2016.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Matthew James, pro se.


PER CURIAM.

        The final order entered in the lower tribunal case number 07-CF-018722

that denied Matthew James's Florida Rule of Criminal Procedure 3.850 motion for

postconviction relief is affirmed.

        The order entered in the lower tribunal case number 07-CF-23749 is not a

final, appealable order because one of the claims in that motion remains pending.

Accordingly, James's appeal of that order is dismissed without prejudice to seek timely review of a final, appealable order when rendered.

Affirmed in part and dismissed in part.

SILBERMAN, CRENSHAW, and LUCAS, JJ., Concur.